1  Ronald F. Remmel (#87628)
   Lenell Topol McCallum (#84024)
2  NEWTON REMMEL
   A Professional Corporation
3  1451 Grant Road, P.O. Box 1059
   Mountain View, CA 94042
4  Telephone: (650) 903-0500
   Facsimile: (650) 967-5800
5
   Email: rremmel@newtonremmel.com
6          lmccallum@newtonremmel.com

7  Attorneys for Defendant
   FEDERAL INSURANCE COMPANY
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO
12

13  SECOND WALNUT CREEK MUTUAL,       )  Case No.: CV 08 2874
14                                    )
             Plaintiff,               )  [Contra Costa Superior Court Action
15                                    )  No. C-08-00998]
        vs.                           )
16                                    )  **DEMAND FOR JURY TRIAL**
   TRAVELERS PROPERTY CASUALTY        )
17 COMPANY OF AMERICA, FEDERAL        )
   INSURANCE COMPANY and DOES 1       )
18 through 20, inclusive,             )
                                      ))
19           Defendants.              )
                                      )
20

21      Defendant FEDERAL INSURANCE COMPANY ("FEDERAL") hereby demands trial

22  by jury in this action.

23  DATED: June 9, 2008             NEWTON REMMEL

24

25                                  By: /s/ Ronald F. Remmel
                                        Ronald F. Remmel
26                                      Attorneys for Defendant
                                        FEDERAL INSURANCE COMPANY
27

28

                          DEMAND FOR JURY TRIAL - 1

G:\docs\P3323\0705863.DOC

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF SANTA CLARA )

I am now, and at all times herein mentioned, was over the age of eighteen (18) years, a resident of the County of Santa Clara, not a party to the within action or cause; and that my business address is 1451 Grant Road, Mountain View, CA 94040. On the below named date, I caused to be served a copy of the attached:

DEMAND FOR JURY TRIAL

on the parties in said action as follows:

__X__ (BY REGULAR MAIL) by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said documents will be deposited with the United States Post Office mailbox at Mountain View, California, addressed as follows:

____ (BY FEDERAL EXPRESS) by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the Federal Express carrier/box at Mountain View, California, addressed as follows:

| Attorneys for Plaintiff SECOND WALNUT CREEK MUTUAL | Michael J. Hughes, Esq.<br>Hughes & Gill, P.C.<br>1600 South Main Street, Suite 315<br>Walnut Creek, CA 94596<br>Telephone; (925) 926-1200<br>Fax: (925) 926-1202<br>Email: mhughes@hughes-gill.com |
|---|---|
| Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | Marjie D. Barrows, Esq.<br>Rudloff Wood & Barrows LLP<br>Watergate Office Towers<br>2000 Powell Street, Suite 900<br>Emeryville, CA 94608<br>Phone: (510) 740-1500<br>Fax: (510) 740-1501<br>Email: mbarrows@rwblaw.com |

[ ]  [STATE] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this ___ day of June 2008, at Mountain View, California.

[X]  [FEDERAL] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed this 9th day of June 2008, at Mountain View, California.

_____
Elise Dresser

DEMAND FOR JURY TRIAL - 2