G:\docs\P3323\0705919.DOC

ORIGINAL FILED

08 JUN -9 PM 2: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CW

1  Ronald F. Remmel  (#87628)
   Lenell Topol McCallum  (#84024)
2  NEWTON REMMEL
   A Professional Corporation
3  1451 Grant Road, P.O. Box 1059
   Mountain View, CA  94042
4  Telephone:  (650) 903-0500
   Facsimile:  (650) 967-5800
5
   Email: rremmel@newtonremmel.com
6         lmccallum@newtonremmel.com
7  Attorneys for Defendant
   FEDERAL INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO

12  SECOND WALNUT CREEK MUTUAL,    )  Case No.: CV 08 2874
                                    )
13              Plaintiff,          )  [Contra Costa Superior Court Action
                                    )  No. C-08-00998]
14        vs.                       )
                                    )  **NOTICE OF INTERESTED PARTIES**
15  TRAVELERS PROPERTY CASUALTY     )
    COMPANY OF AMERICA, FEDERAL     )
16  INSURANCE COMPANY and DOES 1    )
    through 20, inclusive,          )
17                                  ))
                Defendants.         )
18  _____ )

19        The undersigned, counsel of record for defendant FEDERAL INSURANCE

20  COMPANY, certifies that the following listed parties have a direct, pecuniary interest in the

21  outcome of this case.  These representations are made to enable the Court to evaluate possible

22  disqualification or recusal.

23        Defendant FEDERAL INSURANCE COMPANY is a wholly-owned subsidiary of The

24  Chubb Corporation.

25  DATED: June 9, 2008            NEWTON REMMEL

26                                 By: _____
27                                      Ronald F. Remmel
                                        Attorneys for Defendant
28                                      FEDERAL INSURANCE COMPANY

NOTICE OF INTERESTED PARTIES- 1 -

1

**PROOF OF SERVICE**

2
STATE OF CALIFORNIA          )
                             ) ss.
3
COUNTY OF SANTA CLARA        )

4
     I am now, and at all times herein mentioned, was over the age of eighteen (18) years, a resident of the County of Santa Clara, not a party to the within action or cause; and that my business address is
5
1451 Grant Road, Mountain View, CA 94040.  On the below named date, I caused to be served a copy of the attached:

6

NOTICE OF INTERESTED PARTIES
7
on the parties in said action as follows:
8

  _X_    (BY REGULAR MAIL) by placing a true copy thereof enclosed in a sealed envelope with
9
        postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices.  Said documents will be deposited with the United States Post
10
        Office mailbox at Mountain View, California, addressed as follows:

11
  ___    (BY FEDERAL EXPRESS) by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the Federal Express carrier/box at Mountain View, California,
12
        addressed as follows:

13
Attorneys for Plaintiff SECOND WALNUT       Michael J. Hughes, Esq.
CREEK MUTUAL                  Hughes & Gill, P.C.
14
                                1600 South Main Street, Suite 315
                                Walnut Creek, CA  94596
15
                                Telephone; (925) 926-1200
                                Fax:  (925) 926-1202
16
                                Email:  mhughes@hughes-gill.com

17
Attorneys for Defendant TRAVELERS        Marjie D. Barrows, Esq.
PROPERTY CASUALTY COMPANY OF      Rudloff Wood & Barrows LLP
18
AMERICA                            Watergate Office Towers
                                2000 Powell Street, Suite 900
19
                                Emeryville, CA  94608
                                Phone:  (510) 740-1500
20
                                Fax:  (510) 740-1501
                                Email:  mbarrows@rwblaw.com
21

22
[ ]    [STATE] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this ___ day of June 2008, at Mountain View,
23
       California.

24
[X]   [FEDERAL] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed this 9th day of June 2008, at Mountain View,
25
       California.

26
                       _Elise Dresser (signature)_____
27
                       Elise Dresser

28