MARJIE D. BARROWS (State Bar No. 122129)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
Email: mbarrows@rwblaw.com

Attorneys for Defendant TRAVELERS
PROPERTY CASUALTY COMPANY OF
AMERICA

ORIGINAL FILED

JUN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECOND WALNUT CREEK MUTUAL,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; FEDERAL INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV08-2874-CW<br><br>[Contra Costa Superior Court Action No. C-08-00998]<br><br>**DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S JOINDER IN NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(b) – DIVERSITY**<br><br>**DEMAND FOR JURY TRIAL**<br><br>[Hon. Claudia Wilken]<br><br>Complaint Filed: 04/08/08<br>Trial Date: None Set |

BY FAX

## JOINDER IN NOTICE OF REMOVAL OF ACTION

Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA hereby joins defendant FEDERAL INSURANCE COMPANY's Notice of Removal to this Court of the state court action filed in the Superior Court of the State of California in and for the County of

1  Contra Costa, captioned <u>Second Walnut Creek Mutual v. Travelers Property Casualty Company of
2  America; Federal Insurance Company; and Does 1 through 20, inclusive</u>, Case No. C 08-00998.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA hereby demands a trial by jury.

DATED: June 11, 2008                    RUDLOFF WOOD & BARROWS LLP

                                        By: /s/ Marjie D. Barrows
                                            Marjie D. Barrows

                                        Attorneys for Defendant TRAVELERS PROPERTY
                                        CASUALTY COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

I, Gloria Goudge, certify and declare as follows:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of Alameda, California. My business address is Rudloff Wood & Barrows LLP, 2000 Powell Street, Emeryville, California 94608, which is located in the county and state where the mailing described below took place. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I am personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

On June 11, 2008, I served copies of the **DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S JOINDER IN NOTICE OF REMOVAL OF CIVIL ACTION** on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Rudloff Wood & Barrows LLP, for collection and mailing in the United States mail addressed as follows:

**Attorneys for Plaintiff Second Walnut Creek Mutual**
Michael J. Hughes, Esq.
Amy K. Tinetti, Esq.
Hughes & Gill, P.C.
1600 S. Main Street, Suite 315
Walnut Creek, CA 94596

**Attorneys for Defendant Federal Insurance Company**
Ronald F. Remmel, Esq.
Lenell T. McCallum, Esq.
Newton Remmel
1451 Grant Road
P. O. Box 1059
Mountain View, CA 94042

//

//

//

1     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 11, 2008, at Emeryville, California.

*/s/ Gloria Goudge*
Gloria Goudge

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500