| | |
|---|---|
| 1 | MARJIE D. BARROWS (State Bar No. 122129) |
| | **RUDLOFF WOOD & BARROWS LLP** |
| 2 | 2000 Powell Street, Suite 900 |
| | Emeryville, CA 94608 |
| 3 | Telephone: (510) 740-1500 |
| | Facsimile: (510) 740-1501 |
| 4 | E-mail: mbarrows@rwblaw.com |

FILED
2008 JUN 11 PM 3:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SECOND WALNUT CREEK MUTUAL,

Plaintiff,

vs.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY and DOES 1 through 20, inclusive,

Defendants.

Case No. CV08-2874-CW

[Contra Costa Superior Court Action No. C-08-00998]

**DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

[Federal Rules of Civ. Proc., Rule 7.1 and Local Rule 3-16]

**BY FAX**

[Hon. Claudia Wilken]

Complaint Filed: 04/08/08
Trial Date: None Set

TO PLAINTIFF SECOND WALNUT CREEK MUTUAL, AND TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporation) or other entities (i) have financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be

DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA CERTIFICATION       1
OF INTERESTED ENTITIES OR PERSONS, CASE NO. CV08-2874-CW

1  substantially affected by the outcome of this proceeding:

2      Travelers Property Casualty Company of America is a wholly owned subsidiary of The Phoenix Insurance Company, which in turn is a wholly owned subsidiary of The Travelers Indemnity Company, which in turn is a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc., which in turn is a wholly owned subsidiary of Travelers Property Casualty Corp., which in turn is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly traded entity.

    These representations are made to enable the Court to evaluate possible disqualifications or recusal.

DATED: June 11, 2008

**RUDLOFF WOOD & BARROWS LLP**

By: _/s/ Marjie D. Barrows_
    Marjie D. Barrows

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

I, Gloria Goudge, certify and declare as follows:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of Alameda, California. My business address is Rudloff Wood & Barrows LLP, 2000 Powell Street, Emeryville, California 94608, which is located in the county and state where the mailing described below took place. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I am personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

On June 11, 2008, I served copies of the **DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Rudloff Wood & Barrows LLP, for collection and mailing in the United States mail addressed as follows:

**Attorneys for Plaintiff Second Walnut Creek Mutual**
Michael J. Hughes, Esq.
Amy K. Tinetti, Esq.
Hughes & Gill, P.C.
1600 S. Main Street, Suite 315
Walnut Creek, CA  94596

**Attorneys for Defendant Federal Insurance Company**
Ronald F. Remmel, Esq.
Lenell T. McCallum, Esq.
Newton Remmel
1451 Grant Road
P. O. Box 1059
Mountain View, CA 94042

//

//

//

DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CASE NO. CV08-2874-CW   3

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct, and that this declaration was executed on June 11, 2008, at
3  Emeryville, California.

*Gloria Goudge*
Gloria Goudge

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CASE NO. CV08-2874-CW         4