G:\docs\P3323\0706182.DOC

1  Ronald F. Remmel (#87628) *rremmel@newtonremmel.com*
   Lenell Topol McCallum (#84024) *lmccallum@newtonremmel.com*
2  NEWTON REMMEL
   A Professional Corporation
3  1451 Grant Road, P.O. Box 1059
   Mountain View, CA  94042
4  Telephone:  (650) 903-0500
   Facsimile:  (650) 967-5800
5
   Attorneys for Defendant
6  FEDERAL INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12 | SECOND WALNUT CREEK MUTUAL,   ) Case No.: CV08-2874 CW
                                   )
13 |         Plaintiff,             ) [PROPOSED] ORDER GRANTING
                                   ) DEFENDANTS' MOTION TO DISMISS
14 |   vs.                          ) FOR FAILURE TO STATE A CLAIM
                                   ) UPON WHICH RELIEF CAN BE
15 | TRAVELERS PROPERTY CASUALTY   ) GRANTED (RULE 12(b)(6))
     COMPANY OF AMERICA, FEDERAL   )
16 | INSURANCE COMPANY and DOES 1  ) Hearing Date:   August 14, 2008
     through 20, inclusive,         ) Time:           2:00 p.m.
17                                 ) Courtroom:      2
             Defendants.            )
18 |_____ )

19     The motion of defendants Travelers Property Casualty Company of America and

20 Federal Insurance Company, to dismiss the complaint of plaintiff Second Walnut Creek

21 Mutual, pursuant to Federal Rule of Civil Procedure 12(b)(6), came on regularly for hearing on

22 the 2:00 p.m. calendar on August 14, 2008, in Courtroom 2 of the above-entitled court, located

23 at 1301 Clay Street, Oakland, California, the Honorable Claudia Wilken presiding.  Michael J.

24 Hughes appeared for plaintiffs; Marjie D. Barrows appeared on behalf of defendant Travelers

25 Property Casualty Company of America; and Ronald F. Remmel of Newton Remmel appeared

26

27 on behalf of defendant Federal Insurance Company.

28 ///

G:\docs\P3323\0706182.DOC

Upon having considered the arguments of counsel, both written and oral, and good cause appearing, the Court rules and orders as follows:

1. Defendants' motion to dismiss plaintiff's Complaint for Breach of Contract, Breach of Implied Covenant Of Good Faith And Fair Dealing, Declaratory Relief And Punitive Damages is granted on the grounds that the complaint fails to state a claim upon which relief can be granted. Defendants' denial of the costs incurred by plaintiff to repair the underground portion of the plumbing system was proper since those costs are excluded under the involved insurance policy, which is attached to the Complaint, and there has been no breach of contract as a matter of law. Furthermore, since the denial of coverage was proper, the facts not support a claim for breach of the covenant of good faith and fair dealing or punitive damages as a matter of law.

DATED: _____     _____
CLAUDIA WILKEN
JUDGE OF THE UNITED STATES DISTRICT COURT