MARJIE D. BARROWS (State Bar No. 122129)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone:  (510) 740-1500
Facsimile:  (510) 740-1501
E-Mail:  mbarrows@rwblaw.com
achopova@rwblaw.com

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECOND WALNUT CREEK MUTUAL,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV08-2874-CW<br><br>**NOTICE OF APPEARANCE OF ANNA A. CHOPOVA**<br><br>Complaint filed:  04/08/08<br>Trial Date:  None Set<br><br>[Hon. Claudia Wilken] |

**NOTICE IS HEREBY GIVEN** that Anna A. Chopova from Rudloff Wood & Barrows LLP will be appearing as counsel for Defendant Travelers Property Casualty Company of America in the above-entitled action.

DATED: July 29, 2008

**RUDLOFF WOOD & BARROWS LLP**

By: _/s/ Anna A. Chopova_
Anna A. Chopova

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

---

NOTICE OF APPEARANCE, CASE NO. CV08-2874-CW                                                    -1-