1  Michael J. Hughes, Esq., SBN 60336
   **HUGHES & GILL, P.C.**
2  1600 South Main Street, Suite 315
   Walnut Creek, CA 94596
3  Telephone:       925-926-1200
   Facsimile:       925-926-1202
4
   Attorneys for Plaintiff
5  SECOND WALNUT CREEK MUTUAL

6

7

8

9
                           **UNITED STATES DISTRICT COURT**
10
                           **NORTHERN DISTRICT OF CALIFORNIA**
11
                                    **OAKLAND DIVISION**
12

13 | SECOND WALNUT CREEK MUTUAL, | No. CV082874 CW |

14 |         Plaintiff,           | **STIPULATION TO:** |

15 |    v.                        | **1. CONTINUE HEARING ON MOTION TO DISMISS; AND** |

16 | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, FEDERAL | **2. CONTINUE CASE MANAGEMENT CONFERENCE** |

17 | INSURANCE COMPANY and DOES 1 through 20, inclusive, |

18

19 |         Defendants.          /

20

21        WHEREAS all parties have agreed to meet to discuss settlement of this action prior to

22 the hearing of defendants' pending *Motion to Dismiss For Failure To State A Claim Upon*

23 *Which Relief Can be Granted (Rule 12(b)(6)* (the "Motion"); and

24        WHEREAS the parties have been unable to schedule such a meeting as of the date of

25 this Stipulation, but have agreed to do so, if possible, within the next 30 days,

26 / / /

27 / / /

---
**STIPULATION TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE**

1

1  IT IS HEREBY STIPULATED by and amongst the parties hereto as follows:

2  1. Pursuant to N.D.C.A. Local Rule 7-7, that the hearing on defendants' Motion shall be continued from September 18, 2008 until **October 23, 2008**, 2:00 p.m. in Courtroom 2. All deadlines to file responsive pleadings are continued accordingly.

2. Pursuant to N.D.C.A. Local Rule 16-2(d), that the *Order Setting Initial Case Management Conference and ADR deadlines* filed June 9, 2008 be modified as follows:

| Event | Current Date | Continue To |
|---|---|---|
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel; and<br>• File stipulation to ADR Process or Notice of Need for ADR Phone Conference | 08/26/08 | 10/28/08 |
| Last day to:<br>• File Rule 26(f) Report;<br>• Complete Initial Disclosures or state objection in Rule 26(f) Report; and<br>• File Case Management Statement per standing order | 9/9/08 | 11/12/08 |
| Case Management Conference | 9/16/08 | 11/18/08 |

Defendants specifically consent to the above modifications.

SO STIPULATED.

Dated: August 25, 2008              **HUGHES & GILL, P.C.**


By: /s/ *Michael J. Hughes*
      Michael J. Hughes
      Attorneys for Plaintiff
      SECOND WALNUT CREEK MUTUAL

Dated: August 26, 2008              **NEWTON REMMEL**


By: [signature]
      Ronald F. Remmel
      Attorneys for Defendant
      FEDERAL INSURANCE COMPANY

---

STIPULATION TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE

2

1  Dated: August 26, 2008                RUDLOFF WOOD & BARROWS, LLP
2
3
                                         By: _____
4                                            Marjie D. Barrows
                                             Attorneys for Defendant
5                                            TRAVELERS PROPERTY CASUALTY
                                             COMPANY OF AMERICA
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

                                                                              3
STIPULATION TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE

Michael J. Hughes, Esq., SBN 60336  
**HUGHES & GILL, P.C.**  
1600 South Main Street, Suite 315  
Walnut Creek, CA 94596  
Telephone:      925-926-1200  
Facsimile:       925-926-1202  

Attorneys for Plaintiff  
SECOND WALNUT CREEK MUTUAL  

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SECOND WALNUT CREEK MUTUAL,<br><br>            Plaintiff,<br><br>   v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY and DOES 1 through 20, inclusive,<br><br>            Defendants.<br>_____ / | No. CV082874 CW<br><br>**[Proposed] ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

Pursuant to stipulation of the parties and good cause appearing,

1.   The hearing on the defendants' *Motion to Dismiss For Failure To State A Claim Upon Which Relief Can be Granted (Rule 12(b)(6)* shall be continued from September 18, 2008 until **October 23, 2008**, 2:00 p.m. in Courtroom 2.  All deadlines to file responsive pleadings are continued accordingly.

/ / /

/ / /

---

**ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**

1

2. The *Order Setting Initial Case Management Conference and ADR deadlines* filed June 9, 2008 is hereby modified as follows:

| Event | Current Date | Continue To |
|---|---|---|
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel; and<br>• File stipulation to ADR Process or Notice of Need for ADR Phone Conference | 08/26/08 | **10/28/08** |
| Last day to:<br>• File Rule 26(f) Report;<br>• Complete Initial Disclosures or state objection in Rule 26(f) Report; and<br>• File Case Management Statement per standing order | 9/9/08 | **11/12/08** |
| Case Management Conference | 9/16/08 | **11/18/08** |

SO ORDERED.

Date: _____

_____
Judge Claudia Wilkin
Judge of the United States District Court for the Northern District of California

**ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**

2