1  Michael J. Hughes, Esq., SBN 60336
   **HUGHES & GILL, P.C.**
2  1600 South Main Street, Suite 315
   Walnut Creek, CA 94596
3  Telephone:     925-926-1200
   Facsimile:     925-926-1202
4
   Attorneys for Plaintiff
5  SECOND WALNUT CREEK MUTUAL

6

7

8

9
                     **UNITED STATES DISTRICT COURT**
10
                     **NORTHERN DISTRICT OF CALIFORNIA**
11
                            **OAKLAND DIVISION**
12

13 | SECOND WALNUT CREEK MUTUAL, | No. CV082874 CW |
14 | Plaintiff, | **STIPULATION TO:** |
15 | v. | **1. CONTINUE HEARING ON MOTION TO DISMISS; AND** |
16 | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, FEDERAL | **2. CONTINUE CASE MANAGEMENT CONFERENCE** |
17 | INSURANCE COMPANY and DOES 1 through 20, inclusive, | |
18 | | |
19 | Defendants.          / | |

20

21     WHEREAS all parties have agreed to meet to discuss settlement of this action prior to

22 the hearing of defendants' pending *Motion to Dismiss For Failure To State A Claim Upon*

23 *Which Relief Can be Granted (Rule 12(b)(6)* (the "Motion"); and

24     WHEREAS the parties have been unable to schedule such a meeting as of the date of

25 this Stipulation, but have agreed to do so, if possible, within the next 30 days,

26 / / /

27 / / /

---

**STIPULATION TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE**

1

1   IT IS HEREBY STIPULATED by and amongst the parties hereto as follows:

2   1.   Pursuant to N.D.C.A. Local Rule 7-7, that the hearing on defendants' Motion shall be
3   continued from September 18, 2008 until **November 6, 2008**, 2:00 p.m. in Courtroom 2. All
4   deadlines to file responsive pleadings are continued accordingly.

5   2.   Pursuant to N.D.C.A. Local Rule 16-2(d), that the *Order Setting Initial Case*
6   *Management Conference and ADR deadlines* filed June 9, 2008 be modified as follows:

| Event | Current Date | Continue To |
|---|---|---|
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel; and<br>• File stipulation to ADR Process or Notice of Need for ADR Phone Conference | 08/26/08 | 10/28/08 |
| Last day to:<br>• File Rule 26(f) Report;<br>• Complete Initial Disclosures or state objection in Rule 26(f) Report; and<br>• File Case Management Statement per standing order | 9/9/08 | 11/12/08 |
| Case Management Conference | 9/16/08 | 11/18/08 |

Defendants specifically consent to the above modifications.

SO STIPULATED.

Dated: August 28, 2008          **HUGHES & GILL, P.C.**


By: */s/ Michael J. Hughes*
    Michael J. Hughes
    Attorneys for Plaintiff
    SECOND WALNUT CREEK MUTUAL

Dated: August __, 2008          **NEWTON REMMEL**


By: [signature]
    Ronald F. Remmel
    Attorneys for Defendant
    FEDERAL INSURANCE COMPANY

1 | Dated: August 28, 2008 | RUDLOFF WOOD & BARROWS, LLP

By: /s/ Marjie D. Barrows
Marjie D. Barrows
Attorneys for Defendant
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

STIPULATION TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE

3

Michael J. Hughes, Esq., SBN 60336
**HUGHES & GILL, P.C.**
1600 South Main Street, Suite 315
Walnut Creek, CA 94596
Telephone:     925-926-1200
Facsimile:     925-926-1202

Attorneys for Plaintiff
SECOND WALNUT CREEK MUTUAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SECOND WALNUT CREEK MUTUAL, | No. CV082874 CW |
| Plaintiff, | **[Proposed] ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY and DOES 1 through 20, inclusive, | |
| Defendants. / | |

Pursuant to stipulation of the parties and good cause appearing,

1.  The hearing on the defendants' *Motion to Dismiss For Failure To State A Claim Upon Which Relief Can be Granted (Rule 12(b)(6)* shall be continued from September 18, 2008 until **November 6, 2008**, 2:00 p.m. in Courtroom 2.  All deadlines to file responsive pleadings are continued accordingly.

/ / /

/ / /

---

**ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**

1

2. The *Order Setting Initial Case Management Conference and ADR deadlines* filed June 9, 2008 is hereby modified as follows:

| Event | Current Date | Continue To |
|---|---|---|
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel; and<br>• File stipulation to ADR Process or Notice of Need for ADR Phone Conference | 08/26/08 | **10/28/08** |
| Last day to:<br>• File Rule 26(f) Report;<br>• Complete Initial Disclosures or state objection in Rule 26(f) Report; and<br>• File Case Management Statement per standing order | 9/9/08 | **11/12/08** |
| Case Management Conference | 9/16/08 | **11/18/08** |

SO ORDERED.

Date: _____

Judge Claudia Wilkin
Judge of the United States District Court for the Northern District of California

**ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**

2