1   Michael J. Hughes, Esq., SBN 60336
    **HUGHES & GILL, P.C.**
2   1600 South Main Street, Suite 315
    Walnut Creek, CA 94596
3   Telephone:        925-926-1200
    Facsimile:        925-926-1202
4
    Attorneys for Plaintiff
5   SECOND WALNUT CREEK MUTUAL

6

7

8

9

10                      **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12                           **OAKLAND DIVISION**

13   SECOND WALNUT CREEK MUTUAL,            No. CV082874 CW

14              Plaintiff,               **ORDER CONTINUING HEARING ON**
                                         **MOTION TO DISMISS AND CASE**
15      v.                               **MANAGEMENT CONFERENCE**

16   TRAVELERS PROPERTY CASUALTY
     COMPANY OF AMERICA, FEDERAL
17   INSURANCE COMPANY and DOES 1
     through 20, inclusive,
18
               Defendants.                        /
19

20

21          Pursuant to stipulation of the parties and good cause appearing,

22   1.      The hearing on the defendants' *Motion to Dismiss For Failure To State A Claim Upon*

23   *Which Relief Can be Granted (Rule 12(b)(6)* shall be continued from September 18, 2008 until

24   **November 6, 2008**, 2:00 p.m. in Courtroom 2.  All deadlines to file responsive pleadings are

25   continued accordingly.

26   / / /

27   / / /

_____                          1
**ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**

2.      The *Order Setting Initial Case Management Conference and ADR deadlines* filed June 9, 2008 is hereby modified as follows:

| Event | Current Date | Continue To |
|---|---|---|
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel; and<br>• File stipulation to ADR Process or Notice of Need for ADR Phone Conference | 08/26/08 | **10/28/08** |
| Last day to:<br>• File Rule 26(f) Report;<br>• Complete Initial Disclosures or state objection in Rule 26(f) Report; and<br>• File Case Management Statement per standing order | 9/9/08 | **11/12/08** |
| Case Management Conference | 9/16/08 | **11/18/08** |

SO ORDERED.

9/2/08

Date: _____

_____
Judge Claudia Wilken
Judge of the United States District Court for the Northern District of California

_____
ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE